**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BARBARA LOURN, individually<br><br>                    Plaintiff,<br>vs.<br><br>NORMAN GALANSKI, BLACK STONE ASPHALT CONSTRUCTION INC; DOE OWNERS I-V; DOE DRIVERS I-V; ROE EMPLOYER; and ROE COMPANY,<br><br>                    Defendants. | CASE NO. 2:21-CV-01871-RFB-NJK<br><br>**ORDER GRANTING MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST AND NOTICE OF DISASSOCIATION OF COUNSEL** |

      Pursuant to Local Rule 1A 11-6, Ellen G. Stoebling, Esq., respectfully moves the court for an Order removing attorney Karen L. Hanks (Nevada Bar No. 9578), former email address: khanks@messner.com and current email address: karen@hankslg.com, from the electronic service in this matter.

      After February 4, 2022, Karen L. Hanks is no longer associated with Messner Reeves, LLP. Ms. Hanks removal from the e-service list will not delay these proceedings as Messner Reeves will

/ / /

remain counsel of records for Defendants Norman Galanski and Black Stone Asphalt Construction Inc., in this matter.

DATED this 15th day of February, 2022.

**MESSNER REEVES LLP**

*/s/ Ellen G. Stoebling*
M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
Ellen G. Stoebling, Esq.
Nevada Bar No. 3166
8945 W. Russell Road, Ste 300
Las Vegas, Nevada 89148
*Attorneys for Defendants*
*Norman Galanski and Black Stone Asphalt Construction*

**ORDER**

IT IS SO ORDERED.

_____
Nancy J. Koppe
United States Magistrate Judge

Dated: February 16, 2022