M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
Christina Mundy-Mamer, Esq.
Nevada Bar No. 13181
MESSNER REEVES LLP
8945 W. Russell Road, Ste 300
Las Vegas, Nevada 89148
Telephone:    (702) 363-5100
Facsimile:     (702) 363-5101
E-mail: cmeyer@messner.com
            rfinch@messner.com
            cmundy@messner.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA LOURN, individually<br><br>Plaintiff,<br><br>vs.<br><br>NORMAN GALANSKI, BLACK STONE ASPHALT CONSTRUCTION INC; DOE OWNERS I-V; DOE DRIVERS I-V; ROE EMPLOYER; and ROE COMPANY,<br><br>Defendants. | CASE NO. 2:21-CV-01871-RFB-NJK<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST AND NOTICE OF DISASSOCIATION OF COUNSEL** |

Pursuant to local rule 1a 11-6, Christina Mundy-Mamer, Esq., respectfully moves the court for an order removing attorney Ellen G. Stoebling (Nevada Bar No. 3166), former email address: estoebling@messner.com and current email address: unknown, from the electronic service in this matter.

//

//

//

//

//

//

Page **1** of **3**

After March 9, 2022, Ellen G. Stoebling is no longer associated with Messner Reeves, LLP. Ms. Stoebling's removal from the e-service list will not delay these proceedings as Messner Reeves will remain counsel of records for Defendants Norman Galanski and Black Stone Asphalt Construction Inc., in this matter.

DATED this 16th day of June, 2022.

**MESSNER REEVES LLP**

*/s/ Christina Mundy-Mamer*

M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
Christina Mundy-Mamer, Esq.
Nevada Bar No. 13181
8945 W. Russell Road, Ste 300
Las Vegas, Nevada  89148
*Attorneys for Defendants*

IT IS SO ORDERED.
Dated:  June 17, 2022
.
.
_____
United States Magistrate Judge